JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK PIÑA, | Case No. 2:23-cv-10245-MCS-SK |
| Plaintiff, | **JUDGMENT** |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | |
| Defendant. | |

Pursuant to the Court's Order Dismissing Case and Denying Ex Parte Motion, it is ordered, adjudged, and decreed that this case is dismissed with prejudice. Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: December 22, 2023

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE